U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 15 2026
AT ___ O'CLOCK
John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 1:26-CR-326 (ECC) |
| **v.** | **Indictment** |
| **DEBORAH BOYUS-POTTER,** | Violation: 18 U.S.C. § 875(c) [Interstate Transmission of Threats to Injure] |
| | 1 Count |
| **Defendant.** | County of Offense: Saratoga |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Interstate Transmission of Threats to Injure]**

On or about May 16, 2025, in Saratoga County in the Northern District of New York, and elsewhere, the defendant, **DEBORAH BOYUS-POTTER**, intentionally, knowingly, and recklessly transmitted in interstate commerce a communication containing a threat to injure the person of another, to wit, the defendant called the office of Congressperson-1 and left a voicemail threatening to injure Congressperson-1, in violation of Title 18, United States Code, Section 875(c).

Dated: October 15, 2026

A TRUE BILL, *Name Redacted

[redacted]

Grand Jury Foreperson

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: ______________________________
Joseph P. Brucato
Assistant United States Attorney
Bar Roll No. 708017